**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: BARUCH, ELLIOT § Case No. 8:11-bk-10355-KRM
BARUCH, ABBY §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

LAUREN P. GREENE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                     Assets Exempt: $164,806.11
*(without deducting any secured claims)*

Total Distribution to Claimants: $63,313.09     Claims Discharged
                                                Without Payment: $31,486,054.28

Total Expenses of Administration: $8,168.95

3) Total gross receipts of $ 71,482.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $71,482.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,840,472.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,168.95 | 8,168.95 | 8,168.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,116,164.08 | 1,359,185.57 | 1,359,185.57 | 63,313.09 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,540,885.49 | 2,090,638.83 | 2,090,638.83 | 0.00 |
| **TOTAL DISBURSEMENTS** | $40,497,521.57 | $3,457,993.35 | $3,457,993.35 | $71,482.04 |

    4) This case was originally filed under Chapter 7 on May 31, 2011. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2013            By: /s/LAUREN P. GREENE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| (1) bed ($150.00), (1) dresser ($150.00), (2) ni | 1129-000 | 6,618.00 |
| (4) watches ($350.00), (5) bracelets ($350.00), | 1129-000 | 1,093.20 |
| 2010 Tax Refund | 1124-000 | 14,280.00 |
| 2009 TAX REFUND | 1224-000 | 41,172.48 |
| 2007 Tax Refund | 1224-000 | 8,318.15 |
| Interest Income | 1270-000 | 0.21 |
| **TOTAL GROSS RECEIPTS** | | **$71,482.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Mtg | 4110-000 | 522,226.00 | N/A | N/A | 0.00 |
| NOTFILED | Farm Associates | 4110-000 | 10,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Motor Finance | 4110-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Paragon Fed Credit Uni | 4110-000 | 293,246.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,840,472.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A. Atkins Appraisal Corporation | 3711-000 | N/A | 750.00 | 750.00 | 750.00 |
| LAUREN P. GREENE | 2100-000 | N/A | 6,824.10 | 6,824.10 | 6,824.10 |
| LAUREN P. GREENE | 2200-000 | N/A | 264.10 | 264.10 | 264.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.81 | 29.81 | 29.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 123.47 | 123.47 | 123.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 127.47 | 127.47 | 127.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,168.95 | $8,168.95 | $8,168.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | N/A | 1,359,185.57 | 1,359,185.57 | 63,313.09 |
| NOTFILED | Sarasota County Tax Coll. | 5200-000 | 76,618.92 | N/A | N/A | 0.00 |
| NOTFILED | State of New Jersey Department of Treasury | 5200-000 | 5,309.78 | N/A | N/A | 0.00 |
| NOTFILED | Agency for Healthcare Admin | 5200-000 | 412,195.05 | N/A | N/A | 0.00 |
| NOTFILED | Borough of Oakland, N.J. One Municipal Plaza | 5200-000 | 4,647.07 | N/A | N/A | 0.00 |
| NOTFILED | Florida Dept. of Revenue | 5200-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 1,557,393.26 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,116,164.08 | $1,359,185.57 | $1,359,185.57 | $63,313.09 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PharMerica Long Term Care, LLC | 7100-000 | 715,240.68 | 963,732.15 | 963,732.15 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 12,948.14 | 12,948.14 | 0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 8,935.79 | 8,935.79 | 0.00 |
| 5 | Marsha Friedman Squires | 7100-000 | 20,000.00 | 20,025.00 | 20,025.00 | 0.00 |
| 6 | Harmony Healthcare & Rehabilitation Center | 7100-000 | N/A | 266,359.68 | 266,359.68 | 0.00 |
| 7 | Green Clovers Landscape | 7100-000 | 975.00 | 1,462.50 | 1,462.50 | 0.00 |
| 8 | Sarasota Memorial Health Care System | 7100-000 | 100.00 | 320.00 | 320.00 | 0.00 |
| 9 | Designer Warehousing Inc | 7100-000 | N/A | 35,034.93 | 35,034.93 | 0.00 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,559.89 | 3,559.89 | 0.00 |
| 11 | Temple Beth Rishon | 7100-000 | N/A | 5,580.00 | 5,580.00 | 0.00 |
| 12 | American Express Centurion Bank | 7100-000 | 12,343.00 | 12,343.95 | 12,343.95 | 0.00 |
| 13 | FIA Card Services, N.A. as successor to | 7100-000 | 5,591.00 | 5,591.44 | 5,591.44 | 0.00 |
| 14 | FIA Card Services, N.A. as successor to | 7100-000 | 7,130.00 | 7,130.22 | 7,130.22 | 0.00 |
| 15 | FIA Card Services, N.A. as successor to | 7100-000 | 5,740.00 | 5,740.57 | 5,740.57 | 0.00 |
| 16 | FIA Card Services, N.A. as successor to | 7100-000 | 3,436.00 | 3,436.85 | 3,436.85 | 0.00 |
| 17 | Hillview Dental | 7100-000 | N/A | 65.00 | 65.00 | 0.00 |
| 18 | Janover Rubinroit LLC | 7100-000 | N/A | 4,750.50 | 4,750.50 | 0.00 |
| 19 | Susan Aull, MD | 7100-000 | N/A | 7,500.00 | 7,500.00 | 0.00 |
| 20 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,037.05 | 2,037.05 | 0.00 |
| 21 | GE Capital Retail Bank | 7100-000 | N/A | 1,103.05 | 1,103.05 | 0.00 |
| 22 | GE Capital Retail Bank | 7100-000 | N/A | 630.27 | 630.27 | 0.00 |
| 23 | Suzanne Koenig, Trustee Beam Mgmt. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 24 | Verizon | 7100-000 | 381.00 | 137.78 | 137.78 | 0.00 |
| 25 | Verizon Wireless | 7100-000 | 1,569.92 | 115.48 | 115.48 | 0.00 |
| 26 | Florida Agency for Health Care Administration | 7100-000 | 785,000.00 | 718,188.53 | 718,188.53 | 0.00 |
| 27 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 3,910.06 | 3,910.06 | 0.00 |
| NOTFILED | Agency for Healthcare Admin | 7100-000 | 48,922.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 1,195,241.74 | N/A | N/A | 0.00 |
| NOTFILED | 21st Century Oncology | 7100-000 | 4,863.05 | N/A | N/A | 0.00 |
| NOTFILED | 2600 Courtland Street LLP | 7100-000 | 499,566.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---:|---|---|---:|
| NOTFILED | AAA Visa | 7100-000 | 7,138.22 | N/A | N/A | 0.00 |
| NOTFILED | Admin Temps Inc. | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AequiCap Progam | 7100-000 | 22,288.81 | N/A | N/A | 0.00 |
| NOTFILED | Aes/brazos/us Bank | 7100-000 | 49,503.00 | N/A | N/A | 0.00 |
| NOTFILED | Aetna | 7100-000 | 24,601.54 | N/A | N/A | 0.00 |
| NOTFILED | AHCA/Bank of America | 7100-000 | 3,436.85 | N/A | N/A | 0.00 |
| NOTFILED | Ahiquist & Associates | 7100-000 | 6,513.49 | N/A | N/A | 0.00 |
| NOTFILED | Airgas South | 7100-000 | 9,373.30 | N/A | N/A | 0.00 |
| NOTFILED | Alco Sales & Service | 7100-000 | 724.43 | N/A | N/A | 0.00 |
| NOTFILED | Allscripts | 7100-000 | 562.50 | N/A | N/A | 0.00 |
| NOTFILED | Allstar Blomedical Ser. Inc | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Ambitrans Med. Transport Inc | 7100-000 | 10,435.77 | N/A | N/A | 0.00 |
| NOTFILED | American Healthtech | 7100-000 | 3,933.92 | N/A | N/A | 0.00 |
| NOTFILED | Animal Medical Clinic of Gulf Gate | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Apex Office Products | 7100-000 | 1,720.64 | N/A | N/A | 0.00 |
| NOTFILED | Apex Office Products | 7100-000 | 2,116.88 | N/A | N/A | 0.00 |
| NOTFILED | Aqua Services, Inc | 7100-000 | 617.00 | N/A | N/A | 0.00 |
| NOTFILED | Aquarius Silk Screen Inc | 7100-000 | 470.80 | N/A | N/A | 0.00 |
| NOTFILED | Arcadia Serices, Inc c/o Richard Ahiquist | 7100-000 | 27,584.94 | N/A | N/A | 0.00 |
| NOTFILED | Arjo Inc. | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Parts | 7100-000 | 1,315.17 | N/A | N/A | 0.00 |
| NOTFILED | B. Gelbutch and N. Ellman | 7100-000 | 1,206,500.00 | N/A | N/A | 0.00 |
| NOTFILED | B. Gelbutch and N. Ellman | 7100-000 | 1,206,500.00 | N/A | N/A | 0.00 |
| NOTFILED | B. Gelbutch and N. Ellman | 7100-000 | 260,000.00 | N/A | N/A | 0.00 |
| NOTFILED | B. Gulbutch and N. Ellman | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Banana Republic | 7100-000 | 1,003.77 | N/A | N/A | 0.00 |
| NOTFILED | Banana Republic | 7100-000 | 748.20 | N/A | N/A | 0.00 |
| NOTFILED | Banfield Animal Hospital | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayfront Medical Ctr Inc | 7100-000 | 23,021.83 | N/A | N/A | 0.00 |
| NOTFILED | Berkshire Bank | 7100-000 | 4,536,648.89 | N/A | N/A | 0.00 |
| NOTFILED | Berkshire Bank | 7100-000 | 862.50 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of FL | 7100-000 | 588.55 | N/A | N/A | 0.00 |
| NOTFILED | Board of County Commissioner | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Bobbit Pittenger & Co,. P.A. | 7100-000 | 7,130.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bonnie & Al Santiago | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Briggs Coporation | 7100-000 | 96.26 | N/A | N/A | 0.00 |
| NOTFILED | Carol Elk c/o Philip Elk | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CastlePoint Fla. Ins. | 7100-000 | 33,192.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles Grossman c/o Phil Landau | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Document Management | 7100-000 | 174.85 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 8,935.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Sarasota Utilities Office | 7100-000 | 4,769.28 | N/A | N/A | 0.00 |
| NOTFILED | CMS-Department of HHS | 7100-000 | 305,077.50 | N/A | N/A | 0.00 |
| NOTFILED | Coastal Care | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Coastal Orthopedics | 7100-000 | 377.20 | N/A | N/A | 0.00 |
| NOTFILED | Community Security Svc. Inc | 7100-000 | 4,247.50 | N/A | N/A | 0.00 |
| NOTFILED | Comprehensive Health care Sol | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Connolly Healthcare | 7100-000 | 12,740.00 | N/A | N/A | 0.00 |
| NOTFILED | Cooper & Byrne, PLLC | 7100-000 | 3,214.90 | N/A | N/A | 0.00 |
| NOTFILED | Dana Watts | 7100-000 | 38,846.87 | N/A | N/A | 0.00 |
| NOTFILED | DeLarge Landon | 7100-000 | 97,749.09 | N/A | N/A | 0.00 |
| NOTFILED | Devine goodman Trust Account | 7100-000 | 21,533.44 | N/A | N/A | 0.00 |
| NOTFILED | Direct Supply | 7100-000 | 364.98 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 12,948.00 | N/A | N/A | 0.00 |
| NOTFILED | Doctor's Transport | 7100-000 | 4,567.00 | N/A | N/A | 0.00 |
| NOTFILED | Don Orum Com. Serv. | 7100-000 | 141.44 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Chris Gelvin | 7100-000 | 51,999.96 | N/A | N/A | 0.00 |
| NOTFILED | Dr. David Harris | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Susan Aull, P.A. | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | DSI Laboratories | 7100-000 | 9,183.68 | N/A | N/A | 0.00 |
| NOTFILED | Ecolab Inc Laundry | 7100-000 | 387.24 | N/A | N/A | 0.00 |
| NOTFILED | Edge Information System | 7100-000 | 279.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Don & Company | 7100-000 | 1,482.23 | N/A | N/A | 0.00 |
| NOTFILED | Empl | 7100-000 | 6,092.25 | N/A | N/A | 0.00 |
| NOTFILED | Environmental Systems & solu | 7100-000 | 711.50 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 2,034.00 | N/A | N/A | 0.00 |
| NOTFILED | Farm Associates | 7100-000 | 5,198,995.92 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Farm Associates c/o Carali Lopez Casero | 7100-000 | 5,100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fire Brigage Alarm Systems | 7100-000 | 1,466.97 | N/A | N/A | 0.00 |
| NOTFILED | First Federal Leasing | 7100-000 | 534.31 | N/A | N/A | 0.00 |
| NOTFILED | Florida Cancer Specialists | 7100-000 | 36,660.72 | N/A | N/A | 0.00 |
| NOTFILED | Florida Power & Light Company | 7100-000 | 8,781.63 | N/A | N/A | 0.00 |
| NOTFILED | Florida Star Linen, Inc | 7100-000 | 977.82 | N/A | N/A | 0.00 |
| NOTFILED | Fowler White Boggs | 7100-000 | 16,606.27 | N/A | N/A | 0.00 |
| NOTFILED | Frontline Health Services | 7100-000 | 10,397.73 | N/A | N/A | 0.00 |
| NOTFILED | Garden State Rick Management | 7100-000 | 1,784.49 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/banana Rep | 7100-000 | 1,137.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/banana Rep | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Rehabilitation Serv. | 7100-000 | 412,959.31 | N/A | N/A | 0.00 |
| NOTFILED | Godlesky & Sywilok | 7100-000 | 4,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Goldsmith & Grout, P.A. | 7100-000 | 2,256.67 | N/A | N/A | 0.00 |
| NOTFILED | GPSI Digital Mobile X-Ray | 7100-000 | 2,149.49 | N/A | N/A | 0.00 |
| NOTFILED | Graham Field Health Products | 7100-000 | 477,589.90 | N/A | N/A | 0.00 |
| NOTFILED | Grant Medical Transportation | 7100-000 | 886.00 | N/A | N/A | 0.00 |
| NOTFILED | Gulf South Medical Supply | 7100-000 | 91,838.44 | N/A | N/A | 0.00 |
| NOTFILED | Hadassah Gelbtuch | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harry Kaufman c/o Allen Blake | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hasler Financial Services | 7100-000 | 1,741.53 | N/A | N/A | 0.00 |
| NOTFILED | HD Supply | 7100-000 | 128.19 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Services Group | 7100-000 | 327,654.40 | N/A | N/A | 0.00 |
| NOTFILED | Herman Spielvogel | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hi-Tech Heating & Cooling | 7100-000 | 735.00 | N/A | N/A | 0.00 |
| NOTFILED | Hillview Dental | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/saks | 7100-000 | 3,910.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System Inc | 7100-000 | 433.00 | N/A | N/A | 0.00 |
| NOTFILED | Independent Phone Services | 7100-000 | 253.38 | N/A | N/A | 0.00 |
| NOTFILED | Inst. of Nursing Excellence | 7100-000 | 395.00 | N/A | N/A | 0.00 |
| NOTFILED | International Productions | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | IV Access, Inc | 7100-000 | 5,110.00 | N/A | N/A | 0.00 |
| NOTFILED | J. Palermo Moving | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Jackson Therapy Partners | 7100-000 | 126,591.63 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Jakob and Ellen Charen | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Janet & Lou SanSevero | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jewish News of Sarasota-Mnt | 7100-000 | 348.20 | N/A | N/A | 0.00 |
| NOTFILED | Joe Randi | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | John F. Gilroy III P.A. | 7100-000 | 10,029.08 | N/A | N/A | 0.00 |
| NOTFILED | Journal community Publishing | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | KCI | 7100-000 | 30,029.25 | N/A | N/A | 0.00 |
| NOTFILED | Kennedy White | 7100-000 | 458.90 | N/A | N/A | 0.00 |
| NOTFILED | King Fire & Safety Equipment | 7100-000 | 183.65 | N/A | N/A | 0.00 |
| NOTFILED | Konagd Coporation Mallow Konstam & Hager | 7100-000 | 750,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Konagd Corporation c/o Phil Landau | 7100-000 | 700,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Krauss Company of Florida | 7100-000 | 2,332.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Peter A. Lewi | 7100-000 | 1,282.50 | N/A | N/A | 0.00 |
| NOTFILED | Levin Tannenbaum P.L. | 7100-000 | 3,760.11 | N/A | N/A | 0.00 |
| NOTFILED | Long Term Care Consultants | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Make it Count, Inc. | 7100-000 | 1,067.50 | N/A | N/A | 0.00 |
| NOTFILED | MBV Transport | 7100-000 | 670.00 | N/A | N/A | 0.00 |
| NOTFILED | McCumber, Daniels, Buntz, Ha One Urban Centre | 7100-000 | 2,969.60 | N/A | N/A | 0.00 |
| NOTFILED | McKesson Medical | 7100-000 | 187,476.12 | N/A | N/A | 0.00 |
| NOTFILED | Med Pass | 7100-000 | 105.10 | N/A | N/A | 0.00 |
| NOTFILED | Medical Technology Assoc | 7100-000 | 1,247.60 | N/A | N/A | 0.00 |
| NOTFILED | Medox Corporation | 7100-000 | 4,571.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercedes Benz Financial | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Meresson Medical | 7100-000 | 187,476.12 | N/A | N/A | 0.00 |
| NOTFILED | Meridian Healthcare Group | 7100-000 | 598,089.72 | N/A | N/A | 0.00 |
| NOTFILED | MIBO Capital | 7100-000 | 2,814.18 | N/A | N/A | 0.00 |
| NOTFILED | Michael Cutler | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mobile Mini, Inc | 7100-000 | 517.29 | N/A | N/A | 0.00 |
| NOTFILED | Mobile Ultra Sound Services | 7100-000 | 115.48 | N/A | N/A | 0.00 |
| NOTFILED | MobilesUSA | 7100-000 | 15,666.61 | N/A | N/A | 0.00 |
| NOTFILED | National Care Sys., LLC | 7100-000 | 3,125.01 | N/A | N/A | 0.00 |
| NOTFILED | National Datacare Corporatic | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | NFL/Bank of America | 7100-000 | 5,740.59 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom | 7100-000 | 366.18 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nordstrom FSB | 7100-000 | 463.00 | N/A | N/A | 0.00 |
| NOTFILED | On Target, Inc | 7100-000 | 920.35 | N/A | N/A | 0.00 |
| NOTFILED | Oxford Coverage, Inc. | 7100-000 | 72,875.17 | N/A | N/A | 0.00 |
| NOTFILED | Partners Imaging Center | 7100-000 | 1,101.01 | N/A | N/A | 0.00 |
| NOTFILED | Philip Elk c/o Allen M. Blake | 7100-000 | 350,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillips Nitzer, LLP | 7100-000 | 76,646.65 | N/A | N/A | 0.00 |
| NOTFILED | Piper Fire Protection, Inc | 7100-000 | 1,795.25 | N/A | N/A | 0.00 |
| NOTFILED | PMC Networking | 7100-000 | 1,009.00 | N/A | N/A | 0.00 |
| NOTFILED | Porter Radiation Oncology | 7100-000 | 7,897.40 | N/A | N/A | 0.00 |
| NOTFILED | Premier Pages | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Premium Assigment Corp. | 7100-000 | 69,301.98 | N/A | N/A | 0.00 |
| NOTFILED | R & L Healthcare Advisors | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | RB Health Partners, Inc | 7100-000 | 61.88 | N/A | N/A | 0.00 |
| NOTFILED | RCI/ Bank of America | 7100-000 | 5,591.45 | N/A | N/A | 0.00 |
| NOTFILED | Reingruber & Company, P.A. | 7100-000 | 4,210.00 | N/A | N/A | 0.00 |
| NOTFILED | Respiratiory Health Services | 7100-000 | 383,729.77 | N/A | N/A | 0.00 |
| NOTFILED | Respiratory Agency | 7100-000 | 27,168.75 | N/A | N/A | 0.00 |
| NOTFILED | Rexal Consolidated | 7100-000 | 131.92 | N/A | N/A | 0.00 |
| NOTFILED | Robert S. Norell, PA | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rod Anderson Holland Knight | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ron Cannon Equipment Co., In | 7100-000 | 121.70 | N/A | N/A | 0.00 |
| NOTFILED | RTG Medical | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Saks/HSBC Retail Services | 7100-000 | 3,910.06 | N/A | N/A | 0.00 |
| NOTFILED | Sarasota County Fire Departm | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarasota Glass & Mirror | 7100-000 | 510.79 | N/A | N/A | 0.00 |
| NOTFILED | Sarasota Heart Center | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarasota Lock & Key Shop | 7100-000 | 59.39 | N/A | N/A | 0.00 |
| NOTFILED | Sarasota Memorial Hospital | 7100-000 | 8,132.00 | N/A | N/A | 0.00 |
| NOTFILED | Schofield, Hand and Bright | 7100-000 | 57.94 | N/A | N/A | 0.00 |
| NOTFILED | Select Medical Rehab. | 7100-000 | 350,154.43 | N/A | N/A | 0.00 |
| NOTFILED | Senior Living Guide | 7100-000 | 1,055.95 | N/A | N/A | 0.00 |
| NOTFILED | Senior TV/Stellar Private Ca | 7100-000 | 1,255.23 | N/A | N/A | 0.00 |
| NOTFILED | SeniorPro Marketing Karren Best Wright | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Shelly Torman | 7100-000 | 400.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SM Engineering Company | 7100-000 | 5,730.75 | N/A | N/A | 0.00 |
| NOTFILED | SMH Radiology Associates, PA | 7100-000 | 453.00 | N/A | N/A | 0.00 |
| NOTFILED | Snider Marketing Services | 7100-000 | 1,003.77 | N/A | N/A | 0.00 |
| NOTFILED | Southern Sanitary Systems | 7100-000 | 630.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 74.60 | N/A | N/A | 0.00 |
| NOTFILED | Staffing Source | 7100-000 | 19,602.28 | N/A | N/A | 0.00 |
| NOTFILED | Stericycte Inc | 7100-000 | 4,076.00 | N/A | N/A | 0.00 |
| NOTFILED | Sterling & King Inc | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Synergy Lighting, Inc | 7100-000 | 339.62 | N/A | N/A | 0.00 |
| NOTFILED | Tanner Fire & Safety Equipme | 7100-000 | 119.79 | N/A | N/A | 0.00 |
| NOTFILED | Td Bank N.a. | 7100-000 | 4,019.00 | N/A | N/A | 0.00 |
| NOTFILED | The Observer | 7100-000 | 690.98 | N/A | N/A | 0.00 |
| NOTFILED | Thomas K. Dudenhoeffer, MD | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Telecom Holdings | 7100-000 | 2,325.03 | N/A | N/A | 0.00 |
| NOTFILED | Toatal Air Solutions | 7100-000 | 1,935.00 | N/A | N/A | 0.00 |
| NOTFILED | Tom Watlkins | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Town Pharmacy | 7100-000 | 42,218.15 | N/A | N/A | 0.00 |
| NOTFILED | TRS | 7100-000 | 16,891.14 | N/A | N/A | 0.00 |
| NOTFILED | Ty Clark Plumbing | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | United Healthcare | 7100-000 | 8,913.80 | N/A | N/A | 0.00 |
| NOTFILED | Vascular and Surgical Assoc | 7100-000 | 1,587.54 | N/A | N/A | 0.00 |
| NOTFILED | Veritext Florida Reporting C | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Florida Inc | 7100-000 | 359.00 | N/A | N/A | 0.00 |
| NOTFILED | Victor Ghobrial, MD, FCCP | 7100-000 | 8,837.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Services of Florida Sarasota Hauling | 7100-000 | 94.44 | N/A | N/A | 0.00 |
| NOTFILED | Wayne Outen c/o Outen Golden | 7100-000 | 8,338.37 | N/A | N/A | 0.00 |
| NOTFILED | West Marina | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Whellchair Transport Service | 7100-000 | 3,328.01 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$27,540,885.49** | **$2,090,638.83** | **$2,090,638.83** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:11-bk-10355-KRM  
**Case Name:** BARUCH, ELLIOT  
              BARUCH, ABBY  
**Period Ending:** 03/13/13

**Trustee:** (290200)   LAUREN P. GREENE  
**Filed (f) or Converted (c):** 05/31/11 (f)  
**§341(a) Meeting Date:** 07/05/11  
**Claims Bar Date:** 02/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOMESTEAD:, Location: 32 Overlook Ridge Oakland,<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 740,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Timeshare:, Location: Meliea Cancoon Mexico<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on hand ($40.00)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account ($1,000.00) Fifth Third bank<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | (1) bed ($150.00), (1) dresser ($150.00), (2) ni<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,880.00 | 6,618.00 | | 6,618.00 | FA |
| 6 | WEARING APPAREL AND JEWELRY (incl. item #5)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing (incl. #5)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | (4) watches ($350.00), (5) bracelets ($350.00),<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,950.00 | 1,093.20 | | 1,093.20 | FA |
| 9 | (1) bike  (incl. item #5)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term Life Insurance Policy held by: Penn Mutual<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Whole Life Insurance Policy held by: Mickey Wahl<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Annuitly held by: TDA ($162,266.11) | 162,266.11 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:11-bk-10355-KRM  
**Case Name:** BARUCH, ELLIOT  
BARUCH, ABBY  
**Period Ending:** 03/13/13

**Trustee:** (290200) LAUREN P. GREENE  
**Filed (f) or Converted (c):** 05/31/11 (f)  
**§341(a) Meeting Date:** 07/05/11  
**Claims Bar Date:** 02/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Pension held by: N.Y.C. Board of Education<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Beam Management, LLC<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2600 Courtland Street LLP<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2010 Tax Refund<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 14,280.00 |  | 14,280.00 | FA |
| 17 | 2001 Infiniti Q45 Sedan<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,255.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2011 Hyundai Sonata (501 miles, excellent condit<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 21,650.00 | 0.00 | DA | 0.00 | FA |
| 19 | Office Equipment (Incl. #5)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2009 TAX REFUND  (u) | 0.00 | 41,172.48 |  | 41,172.48 | FA |
| 21 | 2007 Tax Refund  (u) | 0.00 | 8,318.15 |  | 8,318.15 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.21 | FA |
| 22 | **Assets  Totals** (Excluding unknown values) | **$937,491.11** | **$71,481.83** |  | **$71,482.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

(7/11/11) MOTION & ORDER TO EXTEND TIME; CORRES. RE: NON EXEMPT PERSONAL PROPERTY AND TIMESHARE.  (8/22/11) EMPLOYMENT OF APPRAISER TO DETERMINE FAIR MARKET VALUE OF PERS. PROP. AND VEHICLE. (8/24/11) EMPLOYMENT OF APPRAISER AGENT (9/6/11) ORDER AUTHORIZING EMPLOY. OF APPRAISER  (9/22/11) TRUSTEE'S OBJ. TO DEBTORS' CLAIM OF EXEMPTIONS  (9/30/11) CORRES. TO APPRAISER RE: STATUS  (11/4/11) CORRES. RE: NON EXEMPT PORTION OF ESTATE. (11/9/11) CORRES. RE: NON EXEMPT PORTION OF TAX REFUND  (1/27/12)

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:11-bk-10355-KRM                     **Trustee:**         (290200)    LAUREN P. GREENE
**Case Name:**    BARUCH, ELLIOT                       **Filed (f) or Converted (c):** 05/31/11 (f)
                  BARUCH, ABBY                         **§341(a) Meeting Date:**       07/05/11
**Period Ending:** 03/13/13                            **Claims Bar Date:**            02/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

EMPLOYMENT OF BAY AREA TO SELL TIMESHARE.  (2/17/12) ORDER EMPLOYING BAY AREA AUCTIONEERS (4/20/12) UNABLE TO SELL TIMESHARE AT PUBLIC AUCTION; PROCEED WITH CASE CLOSING.  (4/20/12) CASE CLOSED.   (7/16/12) RECEIPT OF ADDITIONAL TAX REFUND; FILE AMENDED TFR.  (9/26/12) AMENDED FINAL REPORT AND CASE CLOSED.

**Initial Projected Date Of Final Report (TFR):**     February 1, 2012          **Current Projected Date Of Final Report (TFR):**     September 26, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 8:11-bk-10355-KRM |
| **Case Name:** | BARUCH, ELLIOT |
| | BARUCH, ABBY |
| **Taxpayer ID #:** | **-***7448 |
| **Period Ending:** | 03/13/13 |

| | |
|---|---|
| **Trustee:** | LAUREN P. GREENE (290200) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******82-65 - Money Market Account |
| **Blanket Bond:** | $3,423,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/28/11 | | ELLIOT BARUCH | PAYMENT ON ACCT. - REPURCHASE OF PERS. PROP. | | 7,711.20 | | 7,711.20 |
| | {5} | | 6,618.00 | 1129-000 | | | 7,711.20 |
| | {8} | | 1,093.20 | 1129-000 | | | 7,711.20 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,686.20 |
| 12/05/11 | 1001 | A. Atkins Appraisal Corporation | Appraiser's Fees | 3711-000 | | 750.00 | 6,936.20 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 6,936.26 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,911.26 |
| 01/13/12 | {16} | UNITED STATES TREASURY - IRS | 2010 TAX REFUND | 1124-000 | 14,280.00 | | 21,191.26 |
| 01/13/12 | {20} | UNITED STATES TREASURY - IRS | 2009 TAX REFUND | 1224-000 | 41,172.48 | | 62,363.74 |
| 01/23/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.15 | | 62,363.89 |
| 01/23/12 | | To Account #9200******8266 | transfer to close money market | 9999-000 | | 62,363.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 63,163.89 | 63,163.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 62,363.89 | |
| | | | **Subtotal** | | 63,163.89 | 800.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$63,163.89** | **$800.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 8:11-bk-10355-KRM | Trustee: | LAUREN P. GREENE (290200) |
|---|---|---|---|
| Case Name: | BARUCH, ELLIOT | Bank Name: | The Bank of New York Mellon |
|  | BARUCH, ABBY | Account: | 9200-******82-66 - Checking Account |
| Taxpayer ID #: | **-***7448 | Blanket Bond: | $3,423,000.00  (per case limit) |
| Period Ending: | 03/13/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/12 |  | From Account #9200******8265 | transfer to close money market | 9999-000 | 62,363.89 |  | 62,363.89 |
| 01/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 29.81 | 62,334.08 |
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 123.47 | 62,210.61 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 127.47 | 62,083.14 |
| 07/16/12 | {21} | U.S. TREASURY | TAX REFUND | 1224-000 | 8,318.15 |  | 70,401.29 |
| 07/25/12 | 101 | Internal Revenue Service | Dividend paid  4.07% on $1,359,185.57; Claim# 3; Filed: $1,359,185.57; Reference: | 5800-000 |  | 55,422.15 | 14,979.14 |
| 07/25/12 | 102 | LAUREN P. GREENE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST |  |  | 6,660.99 | 8,318.15 |
|  |  |  | Dividend paid 100.00%    6,408.19 on $6,408.19;  Claim# ; Filed: $6,408.19 | 2100-000 |  |  | 8,318.15 |
|  |  |  | Dividend paid 100.00%    252.80 on $252.80;  Claim# ; Filed: $252.80 | 2200-000 |  |  | 8,318.15 |
| 12/13/12 |  | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029020088 20121213 | 9999-000 |  | 8,318.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 70,682.04 | 70,682.04 | $0.00 |
| Less: Bank Transfers | 62,363.89 | 8,318.15 |  |
| Subtotal | 8,318.15 | 62,363.89 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $8,318.15 | $62,363.89 |  |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 8:11-bk-10355-KRM | | **Trustee:** | LAUREN P. GREENE (290200) |
| **Case Name:** | BARUCH, ELLIOT | | **Bank Name:** | Rabobank, N.A. |
| | BARUCH, ABBY | | **Account:** | ****345466 - Checking Account |
| **Taxpayer ID #:** | **-***7448 | | **Blanket Bond:** | $3,423,000.00 (per case limit) |
| **Period Ending:** | 03/13/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,318.15 | | 8,318.15 |
| 01/28/13 | 10103 | Internal Revenue Service | Dividend paid 4.65% on $1,359,185.57; Claim# 3; Filed: $1,359,185.57; Reference: | 5800-000 | | 7,890.94 | 427.21 |
| 01/28/13 | 10104 | LAUREN P. GREENE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 427.21 | 0.00 |
| | | | Dividend paid 100.00%    415.91 on $6,824.10;  Claim# ; Filed: $6,824.10 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    11.30 on $264.10;  Claim# ; Filed: $264.10 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,318.15 | 8,318.15 | **$0.00** |
| | | | Less: Bank Transfers | | 8,318.15 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **8,318.15** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,318.15** | |

Net Receipts :   71,482.04
———————
Net Estate :   $71,482.04

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******82-65 | 63,163.89 | 800.00 | 0.00 |
| Checking # 9200-******82-66 | 8,318.15 | 62,363.89 | 0.00 |
| Checking # ****345466 | 0.00 | 8,318.15 | 0.00 |
| | $71,482.04 | $71,482.04 | $0.00 |

{} Asset reference(s)   Printed: 03/13/2013 04:30 PM   V.13.12